# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2021

161103

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DONALD L. HARKINS and MILA HARKINS,
     Plaintiffs-Appellants,

v

SUN PHARMACEUTICAL INDUSTRIES, INC.,
     Defendant-Appellee.

SC: 161103
COA: 344505
Wayne CC: 17-013278-CB

_____/

On order of the Court, the application for leave to appeal the December 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



t0421

Clerk